CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Castillo Lopez**<br>YOB: 1982; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>22-08517MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 1, 2022, at or near Nogales, in the District of Arizona, **Luis Castillo Lopez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on November 11, 2016, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Castillo Lopez** is a citizen of Mexico. On November 11, 2016, **Luis Castillo Lopez** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On March 1, 2022, agents found **Luis Castillo Lopez** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Luis Castillo Lopez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>CJC3/pl<br>AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Leslie A. Bowman | DATE<br>March 2, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54