```
GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH J. PRECUP
Assistant United States Attorney
State Bar No.: 034335
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: sarah.precup@usdoj.gov
Attorneys for Plaintiff
```

FILED

2022 MAR 30  PM 4: 34

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Luis Castillo Lopez,<br>aka Luis Castillo-Lopez,<br>aka Efrain Castillo,<br><br>          Defendant. | CR22-00559 TUC-JGZ(LCK)<br><br>**I N D I C T M E N T**<br><br>Violation:<br>  8 U.S.C. § 1326(a)(enhanced by<br>  8 U.S.C. § 1326(b)(1))<br><br>(Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about March 1, 2022, in the District of Arizona, to wit: at or near Nogales, Luis Castillo Lopez, aka Luis Castillo-Lopez, aka Efrain Castillo, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Del Rio, Texas, on or about November 11, 2016, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of

///

Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated: March 30, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

SARAH J. PRECUP
Assistant United States Attorney