***Aguilera Law Firm, P.C.***
*314 South Sixth Avenue*
*Tucson, Arizona 85701*
*Telephone: (520) 884-1234*
*Facsimile: (520) 884-9687*
*e-mail: aguileralawfirm@gmail.com*
Attorneys for Defendant Luis Castillo Lopez
By: Benjamin W. Aguilera, Arizona Bar #020969

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **United States of America,** | ) | No. CR-22-00559-TUC-JGZ(LCK) |
| | ) | |
| Plaintiff, | ) | MOTION TO VACATE GUILTY |
| | ) | PLEA AND SET CHANGE OF |
| v. | ) | PLEA HEARING AT TIME OF |
| | ) | SENTENCING |
| **Luis Castillo Lopez,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Excludable delay under 18 U.S.C. § 3161(h)(7)(A) may occur as a result of this motion or an order based thereon.

Defendant, Luis Castillo Lopez, through counsel undersigned, respectfully requests this Honorable Court vacate his guilty plea, entered into on May 4, 2022 without a plea agreement, and conduct another change of plea hearing. He requests the new change of plea occur the time of the sentencing hearing, currently scheduled for August 16, 2022 at 9:30 a.m. A draft Pre-Sentence Investigation Report has already been prepared and distributed to the parties. This motion is based on the following:

Mr. Castillo-Lopez entered into a guilty plea, without a plea agreement, based on disclosure information indicating a prior sentence of 5 years did not breach the 15 year

time period to be eligible for criminal history points. The original plea agreement that was extended was based on the understanding that Mr. Castillo-Lopez was not eligible for the 10 level enhancement, and provided for a sentencing range of 0-6 months for Criminal History Categories I, II and III. Based on this information, Mr. Castillo-Lopez elected to plead guilty without a plea agreement.

As the United States Probation Officer was preparing the case for a Pre-Sentence Interview, he learned that the defendant was in fact released within the 15 year eligibility window, and would therefore receive both criminal history points and a 10-level offense level enhancement based thereon. He contacted counsel undersigned on approximately May 31, 2022 with this information.

Immediately thereafter, counsel undersigned contacted Assistant United States Attorney, Sarah Precup, and she too began investigating the previously unknown information provided by United States Probation. Thereafter, the AUSA agreed to extend a different plea agreement based on the previously unknown 10-level enhancement. Counsel undersigned reviewed the revised plea agreement with Mr. Castillo-Lopez the day after receiving it, on July 26, 2022, and he elected to accept the new plea agreement. Counsel undersigned has been advised that he can review the document in question in person with the United States Probation Officer, but the officer cannot provide the document to defense counsel, nor to the AUSA. The new plea is based on information that is in the sole possession of United States Probation and is characterized as a non-public document. Counsel plans to view the document during the following week.

Based on the foregoing, counsel undersigned respectfully requests this Honorable Court vacate Mr. Castillo-Lopez' guilty plea and permit him to plead guilty pursuant to a newly-extended plea agreement, which provides for the 10-level offense level enhancement.

Finally, AUSA Sarah Precup has no objection to this request.

RESPECTFULLY SUBMITTED this 29th day of July, 2022.

        **/S/ Benjamin W. Aguilera**
        Benjamin W. Aguilera
        Attorney for Luis Castillo Lopez

Certificate of Service

I hereby certify that on July 29, 2022, I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

sarah.precup@usdoj.gov

By _____BA_____

6254 - castillo-lopez - mot for new cop hrg

3